RUBIE C. CONNOR AND CLAUDE E. CONNOR, HER HUSBAND, MARGARET J. PICKARD, JEFFERSON D. YOUNG, THOMAS S. KYLE, NOBLE W. HARRISON, OCKLAWAHA RIVER FARMS COMPANY, A CORPORATION UNDER THE LAWS OF THE STATE OF FLORIDA, G. A. WATERS, MUCLAN FARMS COMPANY, A CORPORATION UNDER THE LAWS OF FLORIDA, FIRST NATIONAL BANK OF GADSDEN, ALABAMA, A CORPORATION UNDER THE LAWS OF THE UNITED STATES, OF GADSDEN, ALABAMA; S. & A. LUMBER COMPANY, A CORPORATION UNDER THE LAWS OF FLORIDA, H. M. HAMPTON, C. EUGENE CONNOR, MUCLAN FARMS PRODUCE COMPANY, A CORPORATION UNDER THE LAWS OF THE STATE OF NEW JERSEY, AND NATIONAL SAVINGS & TRUST COMPANY, A CORPORATION, OF THE CITY OF WASHINGTON, DISTRICT OF COLUMBIA, *Appellants*, v. NENA KYLE ELLIOTT, AS EXECUTRIX OF THE LAST WILL AND TESTAMENT OF JAMES M. ELLIOTT, JR., DECEASED, *Appellee*.

Decision Filed April 16, 1920.

Petition for Rehearing Denied June 21, 1920.

An Appeal from a Decree of the Circuit Court within and for the County of Marion, W. S. Bullock, Judge.

*Hampton & Trautham,* for Appellants;

*Hampton & Hampton,* for Appellee.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the decree aforesaid, and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said decree; it is, therefore, considered, ordered and adjudged by the Court that the said decree of the Circuit Court be, and the same is hereby affirmed.

All concur.